# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>  Plaintiff,<br><br>  v.<br><br>JACKSON IV LLC dba HAMPTON INN & SUITES SACRAMENTO AT CSUS,<br><br>  Defendant.<br>_____/ | Case No. 1:21-cv-01130-NONE-SKO<br><br>**ORDER TRANSFERRING CASE** |

On July 26, 2021, Plaintiff Fernando Gastelum filed a complaint against Defendant Jackson Iv LLC dba Hampton Inn & Suites Sacramento at CSUS, along with an application to proceed *in forma pauperis.* (Docs. 1 & 2.) The complaint purports to allege claims pursuant to the Americans with Disabilities Act and California's civil rights laws arising from Plaintiff's alleged visit to Defendant, a hotel located in Sacramento. (*See* Doc. 1 ¶¶ 2–4.)

It is apparent from a reading of Plaintiff's allegations in the complaint that the gravamen of this case arose in the Sacramento Division of the Eastern District of California, and any relationship

with the Fresno Division is minimal. All of events alleged in the complaint occurred at a hotel in the city of Sacramento, which is part of the Sacramento Division. For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

Plaintiff's request to proceed *in forma pauperis* (Doc. 2) remains pending.

IT IS SO ORDERED.

Dated: **July 27, 2021**             /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

2