Name: Fernando Gastelum
Address: 209 W. 9th Street, Casa Grande, AZ 85122
Telephone Number: Number: 520-560-0927
Email: fernandog8899@gmail.com
*Pro se*



**FILED**

JAN 0 3 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Gastelum,<br><br>             Plaintiff,<br><br>vs.<br><br>Jackson Iv LLC dba Hampton Inn & Suites Sacramento at CSUS,<br><br>             Defendant. | Case No.: 2:21-cv-01321-TLN-CKD<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff dismisses this case with prejudice.

DATED this 23RD day of December, 2021

_____
Fernando Gastelum

Mailed to the Eastern District Court this 23rd day of December, 2021 and cc'd by email to counsel for Defendant.

_____
Fernando Gastelum

1